Sep$^r$ 7. 1824

CHA: LARNED: ⎤ Att$^s$
&           ⎬ to
H. S. COLE ⎦ plff

43    Supreme Court.    1824

*Robert A Forsyth Adm$^r$ &c*
*vs:*
*William Gilkinson et alii*

Ret$^d$ & filed in Clerk's office 16 Sept 1824

JER. V R TEN EYCK   Dep$^y$ Clerk

Ch$^s$ Larned & H. S. Cole.   Att$^{ys}$ for Plff.

TERRITORY OF MICHIGAN ⎱ THE UNITED STATES OF AMERICA,
SUPREME COURT SS: ⎰ *To the Sheriff of the County of Wayne.*
GREETING:

YOU are hereby commanded to summon William Gilkinson, Robert Gillespie, George Moffatt, George Jacobs, James Gordon, Stephen Mack, James Williams, Abraham C Canniff, Voltaire Spalding, to appear before the Supreme Court of the Territory, of Michigan, at the City of Detroit, in the County of Wayne on the third Monday of September present, to answer, Robert a Forsyth Administrator, on the Estate of Robert A Forsyth deceased, in an Action of right, for certain Land, with the appurtenances in said County of Wayne which the said Robert A Forsyth Administrator as aforesaid, claims to be his right, and of which he complains, that the said William Gilkinson, Robert Gillespie, George Moffatt, George Jacobs, James Gordon, Stephen Mack, James Williams, Abraham C. Canniff and Voltaire Spalding, withhold the possession, and have you then there this Writ.

WITNESS James Witherell Presiding Judge of our said Supreme Court, at the City of Detroit, in the County of Wayne, in the said Territory, this eighth day of September in the year of our Lord one thousand eight hundred and twenty four.     J. KEARSLEY.   Clerk.

[Indorsement]

Summoned S. Mack, by reading     &c
Detroit. Sep. 9th 1824. Service          $1.00
                          Mileage              6¼
                                          $1.06¼

A. E. WING
Sheriff

I have summoned Voltaire Spalding by reading &c. Sep. 10. 1824
Service $1.00
Mileage    6¼          A. E. WING
          1.06¼          Shff

I have summoned A C. Caniff by reading &c. Sep. 10. 1824
Service $1.00
Mileage    6¼          A. E. WING
        $1.06¼          Shff

I have summoned James Williams
by reading &c. Sep 11. 1824

A. E. WING
Shff.

William Gilkinson, Robert
Gillispie, George Moffatt,
George Jacobs, and James Gordon
not to be found, (being non residents)
Sep. 18. 1824          A. E. WING    Shff

| | |
|---|---|
| 5. non ests | $ .31¼ |
| Service on 4 Defts | 4.00 |
| Mileage on      do | 25 |
| | $ 4.56¼ |

A. E. WING    Shff

43                              1824
Sup. Court.